UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Binta Sanyang,

Plaintiff,

-against-

Tremont Helps Inc. et al.,

Defendants.

26-CV-6264 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's July 24, 2026, Order, Dkt. 12, the parties were required to file a joint letter, the contents of which are described in the order, the Thursday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Monday, October 19, 2026**. Additionally, the parties are reminded of their obligation to "meet and confer in good faith to discuss the possibility of an early settlement" and to file a joint letter-motion if they believe "that they would benefit from a settlement conference before the assigned Magistrate Judge." Dkt. 12

SO ORDERED.

Dated: October 16, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge